

NUMBER 13-16-00018-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ESHELLE SAENZ,                                                           Appellant,

V.

THE STATE OF TEXAS,                                                     Appellee.

On Appeal from the 94th District Court
of Nueces County, Texas.

## ORDER ABATING APPEAL

Before Justices Benavides, Perkes, and Longoria
Order Per Curiam

This cause is before the Court regarding the preparation of the reporter's record in this cause.   Appellant's counsel has failed to request a reporter's record.   The reporter was advised that the appellant no longer wished to pursue the appeal but a motion to dismiss has not been filed with this Court.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellant has abandoned her appeal. If it is determined that appellant has not abandoned her appeal, the court shall further determine if appellant's attorney of record continues to represent appellant and will diligently pursue this appeal.

The court shall further determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this the
27th day of May, 2016.

2